MARY McLEMORE HARGETT, ADMINISTRATRIX OF THE ESTATE OF WILLIAM M. HARGETT v. GASTONIA AIR SERVICE, INC., AND COCKER MACHINE & FOUNDRY COMPANY

No. 7220SC490

(Filed 25 October 1972)

APPEAL by plaintiff from *Collier, Judge,* 21 February 1972 Session of Superior Court held in UNION County.

This is a civil action to recover for the alleged wrongful death of plaintiff's intestate, William M. Hargett, who was killed 14 November 1969 in the crash of an airplane in which he was a passenger. Plaintiff appeals from judgment allowing motion of defendant, Cocker Machine & Foundry Company, dismissing the action as to it under Rule 12(b)(6) for failure to state a claim against such defendant upon which relief can be granted.

*Thomas & Harrington by L. E. Harrington for plaintiff appellant.*

*Carpenter, Golding, Crews & Meekins by James P. Crews for defendant appellee.*

PARKER, Judge.

This case arose out of the same airplane crash involved in the case of *Lewis v. Air Service, Inc.,* and insofar as the question presented by this appeal is concerned the allegations in plaintiff's complaint in this case are substantially the same as those in the complaint in that case. For the reasons stated in the opinion of Graham, Judge, in *Lewis v. Air Service, Inc.,* the judgment appealed from in this case is

Reversed.

Judges VAUGHN and GRAHAM concur.